**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **TAMEEKA WILLIAMS,** | § | |
| Plaintiff, | § | |
| vs. | § | **Civil Action No. 3:15-CV-1044-M-BH** |
| | § | |
| **CITIMORTGAGE,** | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and conducting a *de novo* review of those parts of the Findings and Conclusions to which objections have been made, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiffs have timely filed an amended complaint as allowed by the recommendation, the *Motion to Dismiss Plaintiff's Original Complaint and Brief in Support*, filed June 30, 2015 (doc. 8), is **DENIED as moot**. This action will now proceed on the amended complaint. Defendants may, however, reassert their Motion to Dismiss to assert that the amended complaint does not state a plausible claim for relief.

**SIGNED** this 8th day of March, 2016.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**