# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TAMEEKA WILLIAMS, | § | |
| Plaintiff, | § | |
| vs. | § | Civil Action No. 3:15-CV-1044-M-BH |
| | § | |
| CITIMORTGAGE, | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Defendant's *Motion to Dismiss Plaintiff's Amended Complaint and Brief in Support*, filed March 22, 2016 (doc. 24), is **GRANTED**. By separate judgment, all of the plaintiff's claims against CitiMortgage, Inc. will be **DISMISSED with prejudice.**

**SIGNED** this 10th day of November, 2016.

_Barbara M.G. Lynn_
BARBARA M. G. LYNN
CHIEF JUDGE